No. 9158. BARBARA SICARD, Plaintiff and Appellant, *v.* THOMAS DELMAR SICARD, Defendant and Respondent. 246 Pac. (2d) 223.

Decided May 21, 1952.

*M. K. Daniels,* Deer Lodge, for appellant.

*Seth F. Bohart,* Bozeman, for respondent.

Per Curiam.

It is ordered that this appeal be and it is dismissed. Neither party to recover any costs on appeal.

No. 9216. STATE OF MONTANA ex rel. MICHAEL G. CHILTON, County Attorney of Lewis and Clark County, State of Montana, Relator and Plaintiff, *v.* THE DISTRICT COURT of the FIRST JUDICIAL DISTRICT of the STATE of MONTANA, in and for the County of Lewis and Clark, and the Honorable A. J. HORSKY, one of the Judges thereof, Defendants and Respondents.

245 Pac. (2d) 850.

Decided June 23, 1952.

*Arnold H. Olsen,* Atty. Gen., *William H. Coldiron,* Sp. Asst. Atty. Gen., for relator.

Per Curiam.

On application of the relator, Michael G. Chilton, the alternative writ is denied and the petition and proceedings are ordered dismissed with prejudice.